**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| **BRAD AND TOBI PIERCE** | **CIVIL ACTION NO. 3:25-cv-02332** |
| **VERSUS** | |
| **HOLLINGSHEAD HARBOR, LLC** | |

*************************************************************************

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF SMYRNA READY MIX CONCRETE, LLC**

**NOW INTO COURT,** through undersigned counsel, come plaintiffs, Brad Pierce and Tobi Pierce, who files this Notice of Voluntary Dismissal Without Prejudice of Smyrna Ready Mix Concrete, LLC. Plaintiff provides notice to the Court that based upon representations made by counsel for the originally named defendants in this matter, Hollingshead Harbor, LLC and Smyrna Ready Mix Concrete, LLC, the proper party defendant in this matter is, upon information and belief at the present time, Hollingshead Harbor, LLC. Plaintiffs reserve all rights to amend this Complaint to include Smyrna Ready Mix Concrete, LLC and/or any other necessary party in the future if such becomes necessary to do so.

The party to be dismissed without prejudice, Smyrna Ready Mix Concrete, LLC, has not filed or served any answer or motion for summary judgment in this matter. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs, Brad and Tobi Pierce, are entitled to and desire to dismiss this defendant, Smyrna Ready Mix Concrete, LLC from this action without prejudice and without court order. This dismissal is without prejudice, and Plaintiffs reserve all rights to amend their Complaint to add them to the case at a later date if such becomes necessary. At the present

time, Plaintiff intends to proceed with this suit against the remaining defendant, Hollingshead Harbor, LLC.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this notice of voluntary dismissal without prejudice is effective upon filing. Accordingly, Plaintiffs' claims against Smyrna Ready Mix Concrete, LLC are hereby VOLUNTARILY DISMISSED WITHOUT PREJUDICE reserving all rights as outlined above while proceeding with this suit at the present time against the remaining defendant Hollingshead Harbor LLC.

Respectfully submitted,

*/s/ J. Christopher Zainey, Jr.*
J. CHRISTOPHER ZAINEY, JR. (Bar #32022)
*Admitted Pro Hac Vice*
**LAMBERT, ZAINEY, SMITH & SOSO, PLC**
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
czainey@lambertzainey.com
**COUNSEL FOR PLAINTIFFS BRAD AND TOBI PIERCE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served this 12th day of February 2026, on all counsel of record in this matter via the Court's EM/ECF filing system.

*/s/ J. Christopher Zainey, Jr.*
**J. CHRISTOPHER ZAINEY, JR.**