**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**BRAD PIERCE and TOBI PIERCE,**

**Plaintiffs,**

**v.** **CASE NO. 3:25-cv-2332-MCR-HTC**

**HOLLINGSHEAD HARBOR, LLC,**

**Defendant.**

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on February 13, 2026
Motion/Pleadings: MOTIONS TO DISMISS COMPLAINT
Filed by Defendant on February 3, 2026 Doc. # 11
______ Stipulated ______ Joint Pleading
______ Unopposed ______ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ ***Patricia G. Romero***
Deputy Clerk: Patricia G. Romero

On consideration, the motion is **DENIED** as moot. *See* ECF No. 13. Defendant must respond to the First Amended Complaint (ECF No. 13) within fourteen (14) days of the date of this Order.

**DONE** and **ORDERED** this 12th day of February 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**